# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS CHAPMAN, *et al.*, | : | Civil No. 3:19-CV-00797 |
| Plaintiffs, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 19th day of August, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendant United States' motion to dismiss is **GRANTED** (Doc. 15), and Defendant United States will be terminated as a party from this litigation.

2. The court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims. (Doc. 1, at 7, 15).

3. As no claims remain, the Clerk of Court is directed to **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania